THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiff
CRAIG YATES, an individual

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | CASE NO. CV-09-4193-TEH |
| Plaintiff, | **STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND [PROPOSED] ORDER THEREON** |
| v. | |
| MARNEE THAI RESTAURANT, a.k.a., BETTY CHERIN, an individual, | |
| Defendant. | |

Plaintiff CRAIG YATES and defendant BETTY CHERIN, by and through their respective counsel, respectfully request and stipulate, as follows:

1. **Whereas**, defendant BETTY CHERIN filed her answer to the complaint on November 10, 2009;

2. **Whereas**, plaintiff CRAIG YATES submitted his injunctive relief to defendant BETTY CHERIN on December 4, 2009;

3. **Whereas**, due to scheduling conflicts the parties were unable to conduct the joint site inspection of the premises by December 21, 2009, as Ordered by General Order 56, ¶3,4;

4. **Whereas**, the parties are scheduled to conduct the joint site inspection of the subject premises on January 19, 2010; and

///

///

**STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND [PROPOSED] ORDER THEREON**

1

5. **Whereas**, the parties, hereto agree, stipulate and respectfully request that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including January 21, 2010.

Respectfully submitted,

Dated: December 28, 2009      THOMAS E. FRANKOVICH,

*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
          Thomas E. Frankovich
Attorneys for Plaintiff CRAIG YATES, an individual

Dated: December 28, 2009      HAIGHT BROWN & BONESTEEL LLP,

By:_____/s/_____
          Nairi Chakalian

Attorneys for Defendant BETTY CHERIN, an individual

## ORDER

**IT IS SO ORDERED** that the last day for the parties and counsel to conduct the joint site inspection of the premises be continued up to and including January 21, 2010.

Dated: _____01/04_____, 2010     _____
                                        Honorable
                                          United Stat

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Signature — Judge Thelton E. Henderson]*

**STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND [PROPOSED] ORDER THEREON**

2