1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES, an individual
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9
   CRAIG YATES, an individual,        )   CASE NO. CV-09-4193-TEH
10                                    )
           Plaintiff,                 )   STIPULATION OF DISMISSAL AND
11                                    )   [PROPOSED] ORDER THEREON
   v                                  )
12                                    )
   MARNEE THAI RESTAURANT, a.k.a.,    )
13 BETTY CHERIN, an individual,       )
                                      )
14         Defendant.                 )

15

16

17     The parties, by and through their respective counsel, stipulate to dismissal of this action in
18 its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the
19 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own
20 costs and attorneys' fees. The parties further consent to and request that the Court retain
21 jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S.
22 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement
23 agreements).
24 ///
25 ///
26 ///
27 ///
28 ///

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Respectfully submitted,

Dated: May 28, 2010

THOMAS E. FRANKOVICH, Esq.
*A PROFESSIONAL LAW CORPORATION*

By: /s/Thomas E. Frankovich
Thomas E. Frankovich
Attorneys for Plaintiff CRAIG YATES, an individual

Dated: June 3, 2010

Haight Brown & Bonesteel LLP,

By: Nairi Paterson
Nairi Paterson, Esq.
Attorneys for Defendant BETTY CHERIN, an individual

## ORDER

IT IS HEREBY ORDERED, that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

DATED: 06/07, 2010

/s/
Honorable Senior Judge Thelton E. Henderson
United States District Judge